IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00066-H-1

FILED IN OPEN COURT
ON 6/13/18
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| RODERICK MCNEILL | : |

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a guilty plea by the defendant on March 12, 2018, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 26 U.S.C. § 5872(a), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm used in knowing violation of 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871, to wit, a Braztech, 20-gauge shotgun;

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the guilty plea as to the defendant Roderick McNeill, the United States is hereby authorized to seize

1

the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at the time of sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This *13* day of *June*, 2018.

MALCOLM J. HOWARD
Sr. United States District Judge